# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| | (For **Revocation** of Probation or Supervised Release) |
| V. | (For Offenses Committed On or After November 1, 1987) |
| | |
| JULIAN ALTON PARAMORE, JR. | Case Number: 5:07CR30-1-V & 5:07CR31-1-V |
| | USM Number: 16868-074 |
| | |
| | Scott Gsell |
| | Defendant's Attorney |

**THE DEFENDANT:**

_X_ admitted guilt to violation of condition(s) 1 & 2 in 5:07CR30-1-V & 5:07CR31-1-V of the term of supervision.
___ Was found in violation of condition(s) count(s) _____ After denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Defendant shall not commit another federal, state or local crime | 4/5/04 |
| 2 | Defendant shall report to the probation officer & shall submit a truthful and complete written report within the first 5 days of the month | 4/5/04 |

The Defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

___ The Defendant has not violated condition(s) _____ And is discharged as such to such violation(s) condition.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: 7/16/07

Signed: July 25, 2007

*Richard L. Voorhees*
Richard L. Voorhees
United States District Judge

Defendant: JULIAN ALTON PARAMORE, JR.  
Case Number: 5:07CR30-1-V & 5:07CR31-1-V

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>EIGHTEEN (18) MONTHS TO RUN CONSECUTIVELY TO THE TERM ON IMPRISONMENT IMPOSED IN 5:04CR25-1-V, 5:06CR15-1-V AND 5:06CR56-1-V.</u>

**ANY FINANCIAL OBLIGATION ON THE SUPERVISED RELEASE VIOLATION CASES IS REMITTED.**

**NO TERM OF SUPERVISED RELEASE TO FOLLOW ON THESE VIOLATIONS.**

- ___ The Court makes the following recommendations to the Bureau of Prisons:

- _X_ The Defendant is remanded to the custody of the United States Marshal.

- ___ The Defendant shall surrender to the United States Marshal for this District:
    - ___ as notified by the United States Marshal.
    - ___ at___a.m. / p.m. on ___.

- ___ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    - ___ as notified by the United States Marshal.
    - ___ before 2 p.m. on ___.
    - ___ as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

_____  
United States Marshal

By: _____  
Deputy Marshal